# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny Nomi Shin, <br><br> v. <br><br> Northern Tool & Equipment Company, Inc., <br><br>PLAINTIFF(S) / DEFENDANT(S). | **CASE NUMBER** <br><br> CV14-09299 SJO (RZx) <br><br> **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)** |

## CONSENT

~~I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.~~

**TRANSFER ORDER DECLINED**

_____     _____
Date                         United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Settlement was reached in the prior case before any determination of substantive issues.

December 18, 2014                         John A. Kronstadt  /s/
Date                                      United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case    CV12-02592 JAK (CWx)    and the present case:

- [ ] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Ralph Zarefsky___ to Magistrate Judge ___Carla Woehrle___.

On all documents subsequently filed in this case, please substitute the initials ___JAK (CWx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV14-09299 JAK (CWx)___. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: [x] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (06/14)       ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)