Patrick F. Bright (SBN 68709)
Wagner, Anderson & Bright, PC
3541 Ocean View Boulevard
Glendale, CA 91208
Tel.: 818.249.9300
pbright@brightpatentlaw.com

*Attorneys for Plaintiff Jenny N.M. Shin as executor*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY N.M. SHIN as the executor of the decedent David D. Shin Will and successor Trustee of the SHIN FAMILY REVOCABLE TRUST DATED January 17, 2009,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN TOOL & EQUIPMENT COMPANY, INC., a Minnesota corporation.<br><br>Defendant, | Case No. 2:14-cv-009299 SJO (RZx)<br><br>**NOTICE (IN LIEU OF ANSWER OR MOTION FOR DEFAULT JUDGMENT)**<br><br>First Amended Complaint served: February 9, 2015<br>Current Response date: March 25, 2015 |

The parties appear close to settlement. Accordingly, Defendant Northern Tool & Equipment Company, Inc. ("Defendant") will not be submitting its answer and Plaintiff Jenny N.M. Shin ("Plaintiff") will not be moving for default judgment. Defendant will promptly file its answer if settlement fails.

Dated: March 25, 2015

Respectfully submitted,

By: *[signature]*
Patrick F. Bright

Wagner, Anderson & Bright, PC
3541 Ocean View Boulevard
Glendale, CA 91208
Tel.: 818.249.9300
pbright@brightpatentlaw.com

*Attorneys for Plaintiff JENNY N.M. SHIN as the executor of the decedent David D.*

-1-

*Shin Will and successor Trustee of the
SHIN FAMILY REVOCABLE TRUST
DATED January 17, 2009*

1
## CERTIFICATE OF SERVICE

2  I hereby certify on this 25th day of March 2015, that a true copy of the
3 foregoing Notice, is being served upon the following counsel of record via
electronic mail to the following:
4
5  Casey A. Kniser
   PATTERSON THUENTE PIP
   4800 IDS Center, 80 South 8th Street
6  Minneapolis, MN 55402-2100
   Kniser@ptslaw.com
7

8

9

10  _/s/ Patrick Bright_ DgB
    _____
11             Patrick F. Bright

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28