JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNY N.M. SHIN as the executor of the decedent David D. Shin Will and successor Trustee of the SHIN FAMILY REVOCABLE TRUST DATED January 17, 2009,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN TOOL & EQUIPMENT COMPANY, INC., a Minnesota corporation.<br><br>Defendant, | Case No. 2:14-cv-009299 SJO (RZx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Assigned to Hon. S. James Otero |

Before the Court is the Joint Motion for Dismissal with Prejudice of Plaintiff JENNY N.M. SHIN as the executor of the decedent David D. Shin Will and successor Trustee of the SHIN FAMILY REVOCABLE TRUST DATED January 17, 2009's ("Shin") claims against Defendant Northern Tool & Company, Inc. ("Northern Tool"). The Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims asserted in the above-captioned action by and between Shin and Northern Tool are hereby

dismissed with prejudice.  It is furthered ORDERED that all costs, expenses and attorney fees are to be borne by the party that incurred them.

Dated: April 14, 2015

*S. James Otero*

The Honorable S. James Otero
U.S. District Court Judge